IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR DICKINSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-5022 |
| | : | |
| MILLERSVILLE UNIVERSITY OF | : | |
| PENNSYLVANIA, et al. | : | |

**ORDER**

AND NOW, this 3rd day of April, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants Millersville University of Pennsylvania (Millersville), Louis P. DeSol, and Roger Bruszewski's Motion for Summary Judgment (Document 9) is GRANTED in part and DENIED in part as follows:

- Summary judgment is DENIED as to Dickinson's Title VII claim against Millersville.

- Summary Judgment is GRANTED as to all claims asserted against DeSol and Bruszewski individually. Judgment is entered in favor of DeSol and Bruszewski and against Dickinson on Count Two of the Complaint.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.